UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 07-513 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| EFRAIN GARCIA-MUNOZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:        Illegal Reentry after Deportation (felony)

<u>Date of Detention Hearing</u>:    Initial Appearance, November 1, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)      Defendant is reportedly a citizen of Mexico.

(2)      The United States alleges that his presence in this country is illegal. There is an

DETENTION ORDER                                                                    15.13
18 U.S.C. § 3142(i)                                                              Rev. 1/91
PAGE 1

01  immigration detainer pending against him.   The issue of detention in this case is therefore
02  essentially moot, as the defendant would be released to immigration custody if not detained in this
03  case.

04      (3)      Defendant and his counsel offer no opposition to the entry of an order of detention.

05      (4)      Upon advice of counsel, defendant declined to be interviewed by Pretrial Services.
06  Therefore, there is limited information available about him.

07      (5)      There does not appear to be any condition or combination of conditions that will
08  reasonably assure the defendant's appearance at future Court hearings while addressing the danger
09  to other persons or the community.

10  It is therefore ORDERED:

11      (1)      Defendant shall be detained pending trial and committed to the custody of the
12                Attorney General for confinement in a correction facility separate, to the extent
13                practicable, from persons awaiting or serving sentences or being held in custody
14                pending appeal;

15      (2)      Defendant shall be afforded reasonable opportunity for private consultation with
16                counsel;

17      (3)      On order of a court of the United States or on request of an attorney for the
18                Government, the person in charge of the corrections facility in which defendant is
19                confined shall deliver the defendant to a United States Marshal for the purpose of
20                an appearance in connection with a court proceeding; and

21      (4)      The clerk shall direct copies of this Order to counsel for the United States, to
22                counsel for the defendant, to the United States Marshal, and to the United States

01          Pretrial Services Officer.

02     DATED this 1st day of November, 2007.

03

04                                    _____
                                      Mary Alice Theiler
                                      United States Magistrate Judge
05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                              Rev. 1/91
PAGE 3